# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| NEAL A. CHATMON | § | |
| | § | |
| V. | § | NO. 1:10-CV-53 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence. The magistrate judge recommends that the court grant both parties' motions to dismiss without specifying whether dismissal is with or without prejudice to refiling.

No objections to the Report of the United States Magistrate Judge were filed by the parties. Accordingly, the Report of the United States Magistrate Judge is **ADOPTED**, the parties' motions to dismiss [Docket Nos. 4 and 13] are GRANTED in part. A final judgment will be entered separately.

SIGNED this _____29_____ day of _____November_____, 2010.

THAD HEARTFIELD
UNITED STATES DISTRICT JUDGE